# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-1911

_____

Calvin C. Hollowell,

      Appellant,

      v.

Bryan E. Hosto, Attorney, Hosto, Buchan, Prater, and Lawrence P.L.L.C.; Charles J. Buchan, Attorney; Mark Sexton, Attorney; Paul Andrew Prater, Attorney; Beth Collier, Deputy Clerk Sherwood District Court; Hosto Buchan Prater & Lawrence, PLLC,

      Appellees.

\*
\*
\*
\*
\*   Appeal from the United States
\*   District Court for the Eastern
\*   District of Arkansas.
\*
\*
\*
\*
\*   [UNPUBLISHED]
\*
\*
\*
\*

_____

Submitted: August 9, 2010
Filed: August 12, 2010

_____

Before BYE, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Calvin Hollowell appeals an order of the District Court[1] dismissing his civil action related to state garnishment proceedings. Upon careful de novo review, see Carter v. Arkansas, 392 F.3d 965, 968 (8th Cir. 2004), we conclude that based on the allegations in Hollowell's complaint, he can prove no set of facts that would entitle him to relief on the claims he asserted under 42 U.S.C. §§ 1983, 1985, and 1986, as well as the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692–1692p,[2] see Bell Atl. Corp. v. Twombly, 550 U.S. 544, 555 (2007) (holding that a complaint must contain sufficient factual matter to state a claim for relief that is plausible on its face; plaintiff's obligation to provide grounds of entitlement to relief requires more than labels and conclusions). Accordingly, we modify the District Court's order to reflect that all of the claims asserted in the complaint are dismissed with prejudice, and we affirm the order as modified.

_____

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

[2]We do not construe the complaint as asserting an independent claim under 42 U.S.C. § 407.